**EON CORP. IP HOLDINGS LLC,**
Plaintiff–Appellant

v.

**CISCO SYSTEMS, INC., HTC America Inc, United States Cellular Corporation, Sprint Spectrum, L.P., Motorola Solutions, Inc., Motorola Mobility LLC, Defendants–Appellees.**

No. 2014–1496.

United States Court of Appeals, Federal Circuit.

March 6, 2015.

---

**992**

Teresa M. Summers, Morrison & Foerster LLP, Washington, DC, argued for plaintiff-appellant. Also represented by John L. Hendricks, Daniel Robinson Scardino, John Matthew Murrell, Reed & Scardino LLP, Austin, TX.

L. Norwood Jameson, Duane Morris LLP, Atlanta, GA, argued for defendant-appellees. Defendant-appellee Cisco Systems, Inc., also represented by Alison Haddock Hutton, Matthew Yungwirth, John R. Gibson; Joseph Powers, Philadelphia, PA. Defendant-appellee HTC America Inc, also represented by Fred I. Williams, Akin, Gump, Strauss, Hauer & Feld, LLP, Austin, TX; Eric Joseph Klein, Todd Eric Landis, Dallas, TX. Defendant-appellee United States Cellular Corporation, also represented by Richard John O'Brien, Sidley Austin LLP, Chicago, IL; Bryan K. Anderson, Ashish Nagdev, Sidley Austin LLP, Palo Alto, CA; Ryan C. Morris, Washington, DC. Defendant-appellee Sprint Spectrum, L.P., also represented by John J. Cotter, Venkata Raman Bharatula, K & L Gates LLP, Boston, MA. Defendant-appellees Motorola Solutions, Inc., Motorola Mobility LLC, also represented by Steven Moore, Kilpatrick Townsend & Stockton LLP, San Francisco, CA; Carl Elliott Sanders, Winston–Salem, NC; Frederick Lee Whitmer, New York, NY; Christopher Schenck, Seattle, WA.

WALLACH and HUGHES, Circuit Judges, and FOGEL, District Judge *.

---

* Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, and Director of the Federal Judicial Center, sitting by designation.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**